United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10702-ref
Lisa Tran                                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2          Date Rcvd: Oct 04, 2016
                              Form ID: 152           Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db              +Lisa Tran,    801 East Orange St.,    Lancaster, PA 17602-3119
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13669087       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
13679763        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13669090        +CHASE/BANK ONE CARD SERV,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13697629         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13669088        +Capital One Bank USA N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13669089        +Capital One National Assoc.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13697628         Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13669091        +Christopher Vu,    801 E. Orange St.,    Lancaster, PA 17602-3119
13669092        +Citicards CBNA,    701 E. 60th Street, North,    Sioux Falls, SD 57104-0432
13669093        +Comenity Capital Bank,    PayPal/Bill Me Later,    P.O. Box 5138,    Timonium, MD 21094-5138
13669094       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:  Direct TV,    P.O. Box 11732,    Newark, NJ 07101)
13675184        +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                 Wyomissing, PA 19610-1342
13669097        +Julie Cohen Lonstein, Esquire,    80 N. Main St.,    P.O. Box 351,    Ellenville, NY 12428-0351
13669099        +Mariner Finance,    1157 Merritt Blvd.,    Baltimore, MD 21222-1438
13669100        +Mariner Finance,    P.O. Box 35394,    Baltimore, MD 21222-7394
13690541        +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
13750904         eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com Oct 05 2016 02:09:06     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:08:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2016 02:09:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:54:10     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13669095         E-mail/Text: mrdiscen@discover.com Oct 05 2016 02:08:34     Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
13675415        +E-mail/Text: mrdiscen@discover.com Oct 05 2016 02:08:34     Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
13743871         E-mail/Text: cio.bncmail@irs.gov Oct 05 2016 02:08:39      IRS,    PO BOX 21126,    PHILA PA 19114
13669098         E-mail/Text: camanagement@mtb.com Oct 05 2016 02:08:42     M & T Bank,
                 Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240
13710077         E-mail/Text: camanagement@mtb.com Oct 05 2016 02:08:42     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13672705         E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:55:09
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13715786         E-mail/PDF: cbp@springleaf.com Oct 05 2016 01:55:05     SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,    EVANSVILLE, IN 47731
13669102        +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:56:03     SYNCB/Amazon PLCC,
                 P.O. Box 965015,    Orlando, FL 32896-5015
13669104        +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:04     SYNCB/Home Design CE Appl,
                 P.O. Box 965036,    Orlando, FL 32896-5036
13669105        +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:04     SYNCB/JC Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
13669106        +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:54:11     SYNCB/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13669101        +E-mail/PDF: cbp@springleaf.com Oct 05 2016 01:54:12     Springleaf Financial Services of PA,
                 P.O. Box 7162,    Lancaster, PA 17604-7162
13669103         E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:54:11     Syncb/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
13669107        +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:54:11     Syncb/Sony Financial Svc.,
                 P.O. Box 965036,    Orlando, FL 32896-5036
                                                                                           TOTAL: 18


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-4          User: dlv              Page 2 of 2          Date Rcvd: Oct 04, 2016
                             Form ID: 152            Total Noticed: 40

13669096*        Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13692093*        Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO   on behalf of Debtor Lisa  Tran jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa Tran

     Debtor(s)                                                         Case No: 16–10702–ref

                                        Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*


To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The
Madison, 400 Washington Street, Reading, PA 19601




                                    For The Court

                                    Timothy B. McGrath
                                    Clerk of Court