IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LISA TRAN, a/k/a THUY TRAN                : Chapter 13
T/A ELEGANCE HAIR NAIL STUDIO,                    : Case No.  16-10702
        debtor

## CERTIFICATION OF NO OBJECTION FILED

    I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Application for Allowance of Counsel Fees is uncontested.

Dated:  3/13/17                    **CASE & DIGIAMBERARDINO, P.C.**

                                  By:    s/John A. DiGiamberardino, Esquire
                                          Attorney I.D. #41268
                                          845 N. Park Road, Ste. 101
                                          Wyomissing, PA  19610
                                          (610) 372-9900
                                          (610) 372-5469 -f ax
                                          Attorney for Debtor