United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Tran  
    Debtor

Case No. 16-10702-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv    Page 1 of 1    Date Rcvd: May 03, 2017  
Form ID: trc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13715786     E-mail/PDF: cbp@onemainfinancial.com May 04 2017 01:50:00     SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251,   EVANSVILLE, IN 47731  
13715786     E-mail/PDF: cbp@onemainfinancial.com May 04 2017 01:50:00     SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251,   EVANSVILLE, IN 47731  
                                        TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2017 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor Lisa Tran jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10702-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisa Tran
801 East Orange St.
Lancaster PA 17602

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2017.

Name and Address of Alleged Transferor(s):

Claim No. 13: SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731
Claim No. : SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/05/17

Tim McGrath
**CLERK OF THE COURT**