

5/5/2017

U.S. Bankruptcy Court
Attn: Jacqueline Harrison
900 Market Street, Suite 400
Philadelphia, PA 19107

RE:   LISA TRAN

*16-10702*

Acct#:    5878
Case#:    1610702

To whom it may concern:

I am writing to submit a refund request in the amount of $25.00 in the above referenced case. A Transfer of Claim was filed on 04/29/2017 for claim number 13 in which a $50.00 fee was charged instead of $25.00.

If you have any questions, you may contact our Customer Service at 877-829-8298 ext. 10007. Our hours of operation are Monday through Friday from 8:00AM-5:00PM EST.

Sincerely,

Lee Byrum
Bankruptcy Representative
Insolvency Investment Services
PRA Receivables Management, LLC

MAY 10 2017

P.O. Box 41067 • Norfolk, VA 23541-1067