UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| Lisa Tran | CASE NO.: 16-10702 |

**<u>ORDER</u>**

Now, upon the application/letter request of PRA Receivables Management, LLC, dated May 10, 2017, and cause having been shown therefore,

It is hereby ordered that the refund of $25.00 be returned.

**Date: May 18, 2017**
DATED: _____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE