United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10702-ref
Lisa Tran                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1            Date Rcvd: May 18, 2017
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db             +Lisa Tran,    801 East Orange St.,    Lancaster, PA 17602-3119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2017 00:47:57
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr               E-mail/PDF: gecsedi@recoverycorp.com May 19 2017 00:42:42      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Lisa  Tran jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| Lisa Tran | CASE NO.: 16-10702 |

### **ORDER**

Now, upon the application/letter request of PRA Receivables Management, LLC, dated May 10, 2017, and cause having been shown therefore,

It is hereby ordered that the refund of $25.00 be returned.

**Date: May 18, 2017**

DATED: _____

RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE