| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-10702-PMM

LISA TRAN
801 EAST ORANGE ST.
LANCASTER  PA    17602

Petition Filed Date: 02/02/2016
341 Hearing Date: 05/17/2016
Confirmation Date: 01/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | $800.00 | 208344636951 | 02/22/2019 | $900.00 | 208344618504 | 03/27/2019 | $800.00 | 208558979189 |
| 05/03/2019 | $500.00 | 17962558287 | 05/03/2019 | $300.00 | 17962558288 | 06/03/2019 | $800.00 | 207748838627 |
| 07/08/2019 | $800.00 | 208344622464 | 07/30/2019 | $800.00 | 208558998439 | 08/27/2019 | $300.00 | 17906047944 |
| 08/27/2019 | $500.00 | 17906047943 | 10/01/2019 | $500.00 | 17906122158 | 10/01/2019 | $300.00 | 17906122159 |
| 10/30/2019 | $800.00 | 209016993845 | 11/26/2019 | $800.00 | 209016970393 | 01/06/2020 | $150.00 | 209016997904 |
| 01/07/2020 | $300.00 | 17906213041 | 01/29/2020 | $800.00 | 209016968017 | 03/03/2020 | $200.00 | 209419365420 |
| 03/03/2020 | $1,000.00 | 209419365419 | 03/31/2020 | $200.00 | 17910945199 | 04/27/2020 | $500.00 | 17910973958 |
| 04/27/2020 | $400.00 | 17910973959 | 06/02/2020 | $300.00 | 19075108520 | 06/02/2020 | $500.00 | 19075108519 |
| 06/30/2020 | $800.00 | 209419370875 | 07/28/2020 | $310.00 | 17910974242 | 07/28/2020 | $500.00 | 17910974241 |

**Total Receipts for the Period: $14,860.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | AMERICAN INFOSOURCE LP <br> »» 010 | Unsecured Creditors | $3,020.76 | $1,948.81 | $1,071.95 |
| 11 | AMERICAN INFOSOURCE LP <br> »» 011 | Unsecured Creditors | $1,493.76 | $963.68 | $530.08 |
| 3 | BANK OF AMERICA NA <br> »» 003 | Unsecured Creditors | $1,471.68 | $949.42 | $522.26 |
| 2 | DISCOVER BANK <br> »» 002 | Unsecured Creditors | $4,612.28 | $2,975.57 | $1,636.71 |
| 14 | ECAST SETTLEMENT CORPORATION <br> »» 014 | Unsecured Creditors | $1,964.29 | $1,267.23 | $697.06 |
| 9 | UNITED STATES TREASURY (IRS) <br> »» 09P | Priority Crediors | $1,478.13 | $1,478.13 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) <br> »» 09U | Unsecured Creditors | $222.86 | $143.77 | $79.09 |
| 12 | M&T BANK <br> »» 012 | Mortgage Arrears | $42.49 | $42.49 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 004 | Unsecured Creditors | $3,683.24 | $2,376.24 | $1,307.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 005 | Unsecured Creditors | $1,071.44 | $691.25 | $380.19 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 006 | Unsecured Creditors | $4,323.85 | $2,789.51 | $1,534.34 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 007 | Unsecured Creditors | $1,311.96 | $846.40 | $465.56 |

**Chapter 13 Case No. 16-10702-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  008 | Unsecured Creditors | $6,127.48 | $3,953.07 | $2,174.41 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | CASE & DIGIAMBERARDINO PC<br>»»  001 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,420.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $23,425.57 | Arrearages: | ($17,420.00) |
| Paid to Trustee: | $2,265.42 | Total Plan Base: | $37,350.00 |
| Funds on Hand: | $729.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.