United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lisa Tran  
    Debtor(s)

Case No. 16-10702-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 3  
Date Rcvd: Nov 12, 2020      Form ID: 138NEW      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Tran, 801 East Orange St., Lancaster, PA 17602-3119 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13669087 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13679763 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13669091 | + | Christopher Vu, 801 E. Orange St., Lancaster, PA 17602-3119 |
| 13669092 | + | Citicards CBNA, 701 E. 60th Street, North, Sioux Falls, SD 57104-0432 |
| 13675184 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 13669097 | + | Julie Cohen Lonstein, Esquire, 80 N. Main St., P.O. Box 351, Ellenville, NY 12428-0351 |
| 13669099 | + | Mariner Finance, 1157 Merritt Blvd., Baltimore, MD 21222-1438 |
| 13750904 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2020 04:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 04:08:10 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:04:51 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13697629 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 04:08:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13669088 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 04:08:09 | Capital One Bank USA N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13669089 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 04:04:53 | Capital One National Assoc., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13697628 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 04:08:09 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 16-10702-pmm   Doc 49   Filed 11/14/20   Entered 11/15/20 00:50:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 138NEW | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13669093 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 13 2020 04:37:00 | | Comenity Capital Bank, PayPal/Bill Me Later, P.O. Box 5138, Timonium, MD 21094-5138 |
| 13669094 | | Email/Text: G06041@att.com Nov 13 2020 04:37:00 | | Direct TV, P.O. Box 11732, Newark, NJ 07101 |
| 13669095 | | Email/Text: mrdiscen@discover.com Nov 13 2020 04:37:00 | | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 13675415 | + | Email/Text: mrdiscen@discover.com Nov 13 2020 04:37:00 | | Discover Bank, Discover Products Inc, POB 3025, New Albany Ohio 43054-3025 |
| 13743871 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 13 2020 04:37:00 | | IRS, PO BOX 21126, PHILA PA 19114 |
| 13669090 | | Email/PDF: ais.chase.ebn@americaninfosource.com Nov 13 2020 04:06:30 | | CHASE/BANK ONE CARD SERV, PO BOX 15298, WILMINGTON, DE 19850 |
| 13669098 | | Email/Text: camanagement@mtb.com Nov 13 2020 04:37:00 | | M & T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240 |
| 13710077 | | Email/Text: camanagement@mtb.com Nov 13 2020 04:37:00 | | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13690541 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 13 2020 04:37:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13910303 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2020 04:06:32 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13672705 | | Email/PDF: rmscedi@recoverycorp.com Nov 13 2020 04:08:10 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13715786 | | Email/PDF: cbp@onemainfinancial.com Nov 13 2020 04:06:28 | | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 13669102 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 04:04:51 | | SYNCB/Amazon PLCC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 13669104 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 04:04:51 | | SYNCB/Home Design CE Appl, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13669105 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 04:06:28 | | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 13669106 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 04:06:28 | | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13669101 | + | Email/PDF: cbp@onemainfinancial.com Nov 13 2020 04:06:28 | | Springleaf Financial Services of PA, P.O. Box 7162, Lancaster, PA 17604-7162 |
| 13669103 | | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 04:04:51 | | Syncb/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13669107 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 04:08:07 | | Syncb/Sony Financial Svc., P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13669096 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13692093 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13669100 | ##+ | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

Case 16-10702-pmm    Doc 49    Filed 11/14/20    Entered 11/15/20 00:50:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 138NEW | Total Noticed: 41 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Lisa Tran jad@cdllawoffice.com dmk@cdllawoffice.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T Bank Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lisa Tran

    Debtor(s)

Bankruptcy No: 16−10702−pmm

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 11/12/20

48 − 47
Form 138_new